United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ALMA CLARISA HERNANDEZ,**<br><br>    Plaintiffs,<br><br>    vs.<br><br>**POLANKO ENTERPRISES, INC.,**<br><br>    Defendant. | Case No.: C11-2247 YGR<br><br>**ORDER** |

This case has been referred to the undersigned to oversee any and all settlement conferences. The parties are directed to comply with the undersigned's standing order, available at http://cand.uscourts.gov/kaw.

**IT IS SO ORDERED.**

DATE: June 1, 2012          _____

**KANDIS A. WESTMORE**
**UNITED STATES MAGISTRATE JUDGE**