**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **ALMA CLARISA HERNANDEZ,**<br><br>  Plaintiff,<br><br>  vs.<br><br>**POLANCO ENTERPRISES, INC.** *et al.*,<br><br>  Defendant(s). | **Case No.: 11-CV-02247 YGR**<br><br>**ORDER VACATING CASE MANAGEMENT CONFERENCE** |

In light of the confirmation that the parties have completed the mandatory settlement conference, the Case Management Conference set for November 19, 2012 is hereby **VACATED**. Unless requested by the parties, the Court will not schedule a further Case Management Conference. In the event that a Case Management Conference is required in the future, the parties should contact the Courtroom Deputy, Frances Stone, at 510-637-3540, and request to be placed on calendar. A joint statement regarding the status of the case and issues to be addressed at the Case Management Conference must be filed no later than 7 days before any further Case Management Conference.

Additionally, the parties are advised that the Court cannot advance the parties' trial date because the Court's trial calendar is full at this time. If the parties would like an earlier trial date, the parties may consent to have a magistrate judge of their choosing conduct all further proceedings in this action, including trial.

Pursuant to the Court's Pretrial Instructions in Civil Cases at Section 2, trial counsel shall meet and confer at least twenty-one (21) days in advance of the Pretrial Conference, scheduled for August 23, 2013. A compliance hearing shall be held to confirm that counsel have timely met and conferred

as required by the Pretrial Instructions.  The compliance hearing is set for **Friday, August 16, 2013** on the Court's **9:01a.m.** calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California, Courtroom 5.  Five (5) business days prior to the date of the compliance hearing, the parties shall file a one-page **JOINT STATEMENT** confirming they have complied with this requirement or explaining their failure to comply.  If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar.  Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion.  Failure to do so may result in sanctions.

**IT IS SO ORDERED.**

Date:November 9, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**