**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **ALMA CLARISA HERNANDEZ,** | Case No.: 11-CV-02247 YGR |
| Plaintiff(s), | **ORDER VACATING PRE-FILING CONFERENCE AND SETTING BRIEFING SCHEDULE FOR CROSS-MOTIONS FOR SUMMARY JUDGMENT** |
| vs. | |
| **POLANCO ENTERPRISES, INC.** *et al.*, | |
| Defendant(s). | |

The Court has reviewed Plaintiff's Request for a Pre-Filing Conference re: Motion for Summary Judgment and Defendants' response thereto. The parties' have permission to file Summary Judgment Motions. Accordingly, the Court **VACATES** the Pre-Filing Conference set for Friday, November 16, 2012.

The Court hereby sets the following briefing schedule and hearing for the parties' cross-motions for summary judgment:

| | |
|---|---|
| DEADLINE TO SERVE SUPPLEMENTAL EXPERT REPORTS: | Monday, March 11, 2013 |
| DEADLINE TO FILE CROSS-MOTIONS FOR SUMMARY JUDGMENT: | Tuesday, March 26, 2013 |
| DEADLINE TO FILE OPPOSITION: | Tuesday, April 9, 2013 |
| DEADLINE TO FILE REPLY: | Tuesday, April 16, 2013 |
| HEARING ON CROSS-MOTIONS FOR SUMMARY JUDGMENT: | Tuesday, April 30, 2013 |

Modifications to this schedule will not be permitted absent good cause.

**IT IS SO ORDERED.**

Dated: November 13, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**