**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **ALMA CLARISA HERNANDEZ,**<br><br>       **Plaintiff,**<br><br>       vs.<br><br>**POLANCO ENTERPRISES, INC.,**<br><br>       **Defendant.** | Case No.: 11-CV-02247 YGR<br><br>**ORDER DIRECTING PARTIES TO FILE JOINT STATEMENT REGARDING UNDISPUTED ISSUES OF FACT** |

In her Amended Complaint, Ms. Hernandez alleges approximately forty (40) barriers that existed at the Defendant's Gas Station. It is apparent from the parties' briefing on cross-motions for summary judgment that most of the barriers identified in the Amended Complaint have been removed, although Plaintiff asserts certain barriers remain and/or were created. Despite this apparent agreement regarding material facts not in dispute, neither party has identified in its briefs the specific barriers that have been removed.

By no later than **Thursday, May 23, 2013**, the parties shall file a **JOINT STATEMENT** identifying each and every barrier (whether identified by Plaintiff in her Amended Complaint, in an expert report, or in a supplemental expert report) and whether, for each such barrier, it is (i) undisputed that the barrier has been removed; or (ii) alleged that the barrier still remains and/or was created. For the second category, those barriers that still remain and/or were created, Plaintiff shall include and identify in the joint submission the law(s) and/or regulation(s) that Plaintiff alleges are violated by each such barrier.

**IT IS SO ORDERED**.

**Date: May 17, 2013**

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**