# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ALMA CLARISA HERNANDEZ,** | Case No.: 11-CV-02247 YGR |
| Plaintiff, | **ORDER ON STIPULATION** |
| vs. | |
| **POLANCO ENTERPRISES, INC.,** | |
| Defendant. | |

The Court construes the parties' Stipulation to Vacate Trial Date and Related Pre-Trial Deadlines (Dkt. No. 80) as a joint motion. The motion is **DENIED IN PART AND GRANTED IN PART**. The parties are relieved from complying with the deadlines associated with the August 16, 2013 compliance hearing. *See* Dkt. No. 41. That compliance hearing is **VACATED**. All other trial and pre-trial dates remain undisturbed. The Court will issue another scheduling order shortly.

This Order terminates Docket No. 80.

**IT IS SO ORDERED.**

**Dated:** August 12, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**