UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ALMA CLARISA HERNANDEZ,**<br>    **Plaintiff,**<br>    vs.<br>**POLANCO ENTERPRISES, INC. ,**<br>    **Defendant.** | **Case No.: 11-CV-02247 YGR**<br>**ORDER VACATING PRETRIAL CONFERENCE** |

Pursuant to the Court's Order of September 4, 2013 (Dkt. No. 98), the Court hereby **VACATES** the pretrial conference set for Monday, October 21, 2013.  The parties have filed no pretrial motions; hence, there is no need for a pretrial conference.

As set forth in the Court's September 4 Order, the parties shall provide Joint Trial Readiness Binders no later than **4:00 p.m. on October 28, 2013**.  Those binders shall contain updated versions of all pretrial filings required by the undersigned's Pretrial Instructions in Civil Cases, notwithstanding the parties' previous filing of certain of those documents.

The one-day bench trial of this case shall commence at **9:00 a.m. on Friday, November 1, 2013**, in Courtroom 5 of the United States Courthouse, 1301 Clay Street, Oakland, California.

**IT IS SO ORDERED.**

**Dated:** October 16, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**