UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ALMA CLARISA HERNANDEZ**, <br> Plaintiff, <br> v. <br> **POLANCO ENTERPRISES, INC.**, <br> Defendant. | Case No. 11-cv-02247-YGR <br><br> **ORDER REQUIRING SUPPLEMENTAL BRIEFING** <br><br> Re: Dkt. No. 113 |

The Ninth Circuit has reversed and remanded for this Court to determine "whether Hernandez is entitled to statutory damages under the Unruh Act with respect to the size of the entrance landing." (Dkt. No. 113 at 3.) The parties shall file supplemental briefs addressing this issue. Plaintiff shall file an opening brief of no more than fifteen (15) pages by **January 28, 2016**. Defendant shall file an opposition brief of no more than fifteen (15) pages by **February 11, 2016**. Plaintiff shall file a reply brief of no more than ten (10) pages by **February 18, 2016**.

**IT IS SO ORDERED.**

Dated: January 14, 2016

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**